# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KUNLGUNDA DIRAUF, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>LAWRENCE S. BERGER; ECKART R. STRAUB; ET AL.,<br><br>Defendants. | CIVIL ACTION NO.<br>HON.<br><br><br><br>**NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that Defendant, Eckart R. Straub ("Mr. Straub"), by and through his counsel, Epstein Ostrove LLC, and with the consent of Defendants, Lawrence S. Berger ("Mr. Berger"), Berger and Bornstein, LLC, 18 Central Shopping Center, LP, 299 Jefferson Rd Limited Partnership, Bank Building Associates Limited Partnership, Blair Road Associates, LP, Branchburg Plaza Investors LP, Carlstadt Building Associates, LP, Express Distribution Building, LP, Hazelwood Avenue Associates, Limited Partnership, Industrial Avenue Investors, Limited Partnership, King Shopping Center LP, Macarthur Plaza Limited Partnership, Milik Street Associates Limited Partnership, New Milik Street Property LP, Route 206 Shopping Center, Limited Partnership, Union Shopping Plaza Associates, LP, United States Land Resources LP, United States Realty Resources, Inc., USLR New Durham Road Associates, L.P., Washington Shopping Center

Investors, Limited Partnership, Washington Shopping Center Inc., Waterford Investors LP (collectively "Co-Defendants"), hereby remove this action from the Superior Court of New Jersey, Morris County (the "State Court Action") to the United States District Court for the District of New Jersey, pursuant to 28 U.S.C. §§1441 and 1446.

1. Venue is proper in the United States District Court for the District of New Jersey under 28 U.S.C. §1441(c).

2. Plaintiffs served Mr. Straub with the Summons and Complaint on April 7, 2020, making this Notice of Removal timely as to Mr. Straub. *See* 28 U.S.C. §1446(b)(1).

3. There has been no filing of any proof of service as to Defendant, Success Theuhandgesellschaft GMBH ("STG"), and, to date, requests for proof of service on STG have gone unanswered. In the event that STG has been served with the Summons and Complaint, STG consents to this Notice of Removal.

4. Counsel on behalf of Co-Defendants consents to the removal of this action. Attached as **Exhibit A** is the Consent to Removal.

5. Attached as **Exhibit B** to this Notice of Removal is a table of contents of all process, pleadings, and orders filed in the State Court Action, along with the accompanying filings. The filings in the State Court Action, include Co-Defendants'

pending Motion to Dismiss and all papers filed in Opposition and in further support thereof.

6. Mr. Straub will give written notice of the filing of this Notice to all parties and will file a notice of filing of this Notice of Removal in the State Court Action. Attached as **Exhibit C** is the Notice to the Superior Court of the Notice of Removal.

## ORIGINAL JURISDICTION

7. As their first cause of action, Plaintiffs claim that through Defendants alleged conduct, Mr. Straub violated 18 U.S.C.1962, the Racketeer Influenced and Corrupt Organizations Act ("RICO") (Compl. ¶¶364- 375).

8. This Court therefore has jurisdiction over Plaintiffs' federal RICO Claim pursuant to 28 U.S.C. §1331.

## DIVERSITY JURISDICTION

9. Plaintiffs' Complaint alleges that Plaintiffs are residents of Germany.

10. Plaintiffs' Complaint alleges that the Mr. Berger is a resident of New Jersey and that the Co-Defendants' place of incorporation are each in New Jersey.

11. Plaintiffs' Complaint alleges that Mr. Straub is a resident of Germany.

12. The amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

13. This Court therefore has diversity jurisdiction over the Parties. *See* 28 U.S.C. §1331(a)(2) ("The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between . . . citizens of a State and citizens or subjects of a foreign state.")

WHEREFORE, Defendant, Mr. Straub, respectfully requests that this action be removed from the Superior Court of New Jersey, Morris County, to the United States District Court for the District of New Jersey.

Dated: May 6, 2020              By:     s/ Elliot D. Ostrove
                                        Elliot D. Ostrove
                                        Epstein Ostrove LLC
                                        200 Metroplex Drive, Suite 304
                                        Edison, New Jersey 08817
                                        (732) 828 - 8600