JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Kunigunda Dirauf, et al. (See attachment)

## DEFENDANTS
Lawrence S. Berger, Eckart R. Straub, et al. (See attachment)

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
David O. Marcus, Esq., Shapiro, Croland, Reiser, Apfel, and Di Iorio, LLP
411 Hackensack Avenue, Hackensack, New Jersey 07601
(201) 488 3900 (See attachment)

Attorneys *(If Known)*
Elliot D. Ostrove, Esq., Epstein Ostrove, LLC
200 Metroplex Drive, Suite 304, Edison New Jersey 08817
(732) 828 8600 (See attachment)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☒ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 U.S.C. 1962 (RICO)
Brief description of cause:
The Complaint alleges that Defendants solicited investors in Germany as part of a scheme to defraud Plaintiffs.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____  DOCKET NUMBER _____

DATE: 05/06/2020
SIGNATURE OF ATTORNEY OF RECORD: s/ Elliot D. Ostrove

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

## ATTACHMENT TO CIVIL COVER SHEET

**1:**

**Plaintiffs:** Kunlgunda Dirauf, Ludwig Dirauf; Alfons Eckl (Deceased); Bruno Eckl, Hildegard Eckl; Doris Fabian, Gunther Fabian; Alexander Fischer; Gerhard Flaig; Karin Flaig; Daniel Gebert; Fritz Gebert; Monika Gebert; Thomas Gebert; Helga Haag; Martin Haag; Anny Hanisch; Anton Hell; Alfred Herrmann; Irene Herrmann; Walter Horber; Christina Klenk; Hermann Klenk (Deceased); Volodymyr Koltyarov; Andreas Lober; Erika Marquardt; Manfred Marquardt; Daniel Neff; Marliese Neff; Werner Neff; Erwin Pfeifroth; Dobernek Rainer; Gabriele Reichel; Walter Schmidt; Waltraud Schmidt; Edwin Schott; Ingrid Schott; Ingrid Schott (As Successor To Hermann Schott); Melanie Schroth; Friedrich Schumann; Gudrun Schumann; Karl Stahl; Hans Stein; Christian Strobel; Friedrich Strobel; Hildegard Strobel; Timo Strobel; Dieter Vogt; Karl Weckert; Georg Weybrecht; And Eugen Wolz (collectively referred to as "Plaintiffs").

**Defendants:** Lawrence S. Berger, Berger and Bornstein, LLC, 18 Central Shopping Center, LP, 299 Jefferson Rd Limited Partnership, Bank Building Associates Limited Partnership, Blair Road Associates, LP, Branchburg Plaza Investors LP, Carlstadt Building Associates, LP, Express Distribution Building, LP, Hazelwood Avenue Associates, Limited Partnership, Industrial Avenue Investors, Limited Partnership, King Shopping Center LP, Macarthur Plaza Limited Partnership, Milik Street Associates Limited Partnership, New Milik Street Property LP, Route 206 Shopping Center, Limited Partnership, Union Shopping Plaza Associates, LP, United States Land Resources LP, United States Realty Resources, Inc., USLR New Durham Road Associates, L.P., Washington Shopping Center Investors, Limited Partnership, Washington Shopping Center Inc., Waterford Investors LP (collectively referred to as "Co - Defendants"); Eckart R. Straub ("Mr. Straub"); and Success Treuhandgesellschaft GMBH ("STG").

**1(c):**

**Plaintiffs' Attorneys:**
David O. Marcus
Shapiro Croland Reiser Apfel & Di Iorio LLP
411 Hackensack Avenue
Hackensack, NJ 07061

Robert E. Michael, Esq.
Robert E. Michael & Associates PLLC
5911 Riverdale Avenue
New York, NY 10471

G. Oliver Koppell, Esq.
Law Offices of G. Oliver Koppell & Assoc.
99 Park Avenue – Suite 1100
New York, NY 10016

**Co-Defendants' Attorneys:**
William J. Pinilis, Esq.
PinilisHalpern LLP
160 Morris Street
Morristown, NJ 07960

**Mr. Straub's Attorneys:**
Elliot D. Ostrove, Esq.
Vahbiz P. Karanjia, Esq.
Epstein Ostrove, LLC
200 Metroplex Drive, Suite 304
Edison, NJ 08817

**STG Attorneys:**
N/A. To date, there is no record of Service on STG.