UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KUNLGUNDA DIRAUF, LUDWIG DIRAUF; ALFONS ECKL (Deceased); BRUNO ECKL; HILDEGARD ECKL; DORIS FABIAN, GUNTHER FABIAN; ALEXANDER FISCHER; GERHARD FLAIG; KARIN FLAIG; DANIEL GEBERT; FRITZ GEBERT; MONIKA GEBERT; THOMAS GEBERT; HELGA HAAG; MARTIN HAAG; ANNY HANISCH; ANTON HELL; ALFRED HERRMANN; IRENE HERRMANN; WALTER HÖRBER; CHRISTINA KLENK; HERMANN KLENK (Deceased); VOLODYMYR KOLTYAROV; ANDREAS LÖBER; ERIKA MARQUARDT; MANFRED MARQUARDT; DANIEL NEFF; MARLIESE NEFF; WERNER NEFF; ERWIN PFEIFROTH; DOBERNEK RAINER; GABRIELE REICHEL; WALTER SCHMIDT; WALTRAUD SCHMIDT; EDWIN SCHOTT; INGRID SCHOTT; INGRID SCHOTT (as successor to HERMANN SCHOTT); MELANIE SCHROTH; FRIEDRICH SCHUMANN; GUDRUN SCHUMANN; KARL STAHL; HANS STEIN; CHRISTIAN STRÖBEL; FRIEDRICH STRÖBEL; HILDEGARD STRÖBEL; TIMO STRÖBEL; DIETER VOGT; KARL WECKERT; GEORG WEYBRECHT and EUGEN WOLZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LAWRENCE S. BERGER; ECKART R. STRAUB; BERGER AND BORNSTEIN; 18 CENTRAL SHOPPING CENTER, L.P.; 299 JEFFERSON ROAD LIMITED PARTNERSHIP; BANK BUILDING ASSOCIATES LIMITED PARTNERSHIP; BLAIR ROAD ASSOCIATES, L.P; BRANCHBURG PLAZA INVESTORS, L.P.; CARLSTADT BUILDING ASSOCIATES, L.P.; EXPRESS DISTRIBUTION BUILDING ASSOCIATES, L.P.; HAZELWOOD AVENUE ASSOCIATES, LIMITED PARTNERSHIP; INDUSTRIAL AVENUE INVESTORS, LIMITED | Case No. 2:20-cv-05601-KM-ESK<br><br>**NOTICE OF VOLUNTARY DISCONTINUANCE** |

PARTNERSHIP; KINGS SHOPPING CENTER, L.P.; MACARTHUR PLAZA, LIMITED PARTNERSHIP; MILIK STREET ASSOCIATES LIMITED PARTNERSHIP; NEW MILIK STREET PROJECT, L.P.; ROUTE 206 SHOPPING CENTER, LIMITED PARTNERSHIP; SUCCESS THEUHANDGESELLSCHAFT GMBH; UNITED STATES LAND RESOURCES, L.P.; UNITED STATES REALTY RESOURCES, INC.; UNION SHOPPING PLAZA ASSOCIATES, L.P.; USLR-NEW DURHAM ROAD ASSOCIATES, L.P.; WASHINGTON SHOPPING CENTER INVESTORS LIMITED PARTNERSHIP; WASHINGTON SHOPPING CENTER INC. and WATERFORD INVESTORS, L.P.,

                      Defendants.

WHEREAS, no defendant has filed an answer or a motion for summary judgment in this action; and

WHEREAS, no cross-claim or counter-claim has been filed in this action.

NOW, THEREFORE, Plaintiffs hereby dismiss their first cause of action for violations of the Racketeer Influenced Corrupt Organizations Act in its entirety, against all Defendants, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: May 12, New Jersey

*Victoria R. Pekerman* (signature)
Victoria R. Pekerman, Esq.
**SHAPIRO, CROLAND, REISER, APFEL & DI IORIO, LLP**
411 Hackensack Avenue – 6th Floor
Hackensack, New Jersey 07601
Telephone: (201) 488-3900
Facsimile (201) 488-9481
*Attorneys for Plaintiffs*