UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 21-1044

_____

KUNLGUNDA DIRAUF; LUDWIG DIRAUF; BRUNO ECKL; HILDEGARD ECKL; DORIS FABIAN; ALEXANDER FISCHER; GERHARD FLAIG; KARIN FLAIG; DANIEL GEBERT; FRITZ GEBERT; MONIKA GEBERT; THOMAS GEBERT; HELGA HAAG; MARTIN HAAG; ANNY HANISCH; ANTON HELL; ALFRED HERRMANN; IRENE HERRMANN; WALTER HORBER; CHRISTINA KLENK; HERMANN KLENK, (Deceased); ALFONS ECKL, (Deceased); VOLODYMYR KOLTYAROV; ANDREAS LOBER; ERIKA MARQUARDT; MANFRED MARQUARDT; DANIEL NEFF; MARLIESE NEFF; WERNER NEFF; ERWIN PFEIFROTH; DOBERNEK RAINER; GABRIELE REICHEL; WALTER SCHMIDT; WALTRAUD SCHMIDT; EDWIN SCHOTT; INGRID SCHOTT; INGRID SCHOTT (as successor to Hermann Schott); MELANIE SCHROTH; FRIEDRICH SCHUMANN; GUDRUN SCHUMANN; KARL STAHL; HANS STEIN; CHRISTIAN STROBEL; FRIEDRICH STROBEL; HILDEGARD STROBEL; TIMO STROBEL; DIETER VOGT; KARL WECKERT; GEORG WEYBRECHT; EUGEN WOLZ; GUNTHER FABIAN

v.

LAWRENCE S. BERGER; BERGER AND BORNSTEIN LIMITED LIABILITY COMPANY; 18 CENTRAL SHOPPING CENTER, L.P.; SUCCES THEUHANDGESELLSCHAFT GMBH; 299 JEFFERSON ROAD LIMITED PARTNERSHIP; BANK BUILDING ASSOCIATES LIMITED PARTNERSHIP; BLAIR ROAD ASSOCIATES LP; BRANCHBURG PLAZA INVESTORS LP; CARLSTADT BUILDING ASSOCIATES, L.P.; EXPRESS DISTRIBUTION BUILDING ASSOCIATES, L.P.; HAZELWOOD AVENUE ASSOCIATES, LIMITED PARTNERSHIP; INDUSTRIAL AVENUE INVESTORS, LIMITED PARTNERSHIP; KING SHOPPING CENTER LP; MACARTHUR PLAZA, LIMITED PARTNERSHIP; MILIK STREET ASSOCIATES LIMITED PARTNERSHIP; NEW MILIK STREET PROPERTY LP; ROUTE 206 SHOPPING CENTER LIMITED PARTNERSHIP; UNION SHOPPING PLAZA ASSOCIATES, L.P.; UNITED STATES LAND RESOURCES LP; UNITED STATES REALTY RESOURCES, INC.; USLR NEW DURHAM

ROAD ASSOCIATES, L.P.; WASHINGTON SHOPPING CENTER INC.;
WASHINGTON SHOPPING CENTER INVESTORS, LIMITED
PARTNERSHIP; WATERFORD INVESTORS LP; ECKART R. STRAUB

Eckart R. Straub; Success Theuhandgesellschaft GMBH,
Appellants

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 20-CV-05601)
U.S. District Judge: Honorable Kevin McNulty

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
December 9, 2022

_____

Before: SHWARTZ, MATEY, and FUENTES, Circuit Judges.

_____

JUDGMENT

_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on December 6, 2022.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the order of the District Court entered on December 11, 2020, is hereby AFFIRMED. Costs shall be taxed against Appellants. All of the above in accordance with the Opinion of this Court.

ATTEST:

<u>s/ Patricia S. Dodszuweit</u>
Clerk

Dated: December 28, 2022